**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

WILDEARTH GUARDIANS, a non-profit organization,

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,

      Petitioners,

vs.

JASON SUCKOW, in his official capacity as director of the U.S. Department of Agriculture's Animal and Plant Health Inspection Service-Wildlife Services' Western Region,

ANIMAL AND PLANT HEALTH INSPECTION SERVICE–WILDLIFE SERVICES, a federal program, and

UNITED STATES DEPARTMENT OF AGRICULTURE, a federal department,

      Federal-Respondents.

_____

**PETITIONERS' CORPORATE DISCLOSURE STATEMENT**
_____

      Pursuant to Fed. R. Civ. P. 7.1, Petitioners, WildEarth Guardians and Center for Biological Diversity, through their undersigned counsel, hereby certify to this Court that there are no parent corporations of, or any publicly-held corporations that own any stock in Petitioners' non-profit corporations.

      Respectfully submitted this 12th day of April, 2017.

                                                  /s/ Matthew K. Bishop
                                                  Matthew K. Bishop (MT Bar # 9968)
                                                  Western Environmental Law Center
                                                  103 Reeder's Alley
                                                  Helena, Montana 59601

Phone: (406) 324-8011
Email: bishop@westernlaw.org

/s/ John R. Mellgren
John R. Mellgren (OR Bar # 114620)
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Phone: (541) 359-0990
Email: mellgren@westernlaw.org

/s/ Stuart Wilcox
Stuart Wilcox (CO Bar # 44972)
WildEarth Guardians
2590 Walnut Street
Denver, CO 80205
Phone: (720) 331-0385
Email: swilcox@wildearthguardians.org

*Attorneys for Petitioners*