**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00891-WYD

WILDEARTH GUARDIANS, a non-profit organization,

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,

      Petitioners,

vs.

JASON SUCKOW, in his official capacity as director of the U.S. Department of Agriculture's
Animal and Plant Health Inspection Service-Wildlife Services' Western Region,

ANIMAL AND PLANT HEALTH INSPECTION SERVICE–WILDLIFE SERVICES, a federal
program, and

UNITED STATES DEPARTMENT OF AGRICULTURE, a federal department,

      Federal-Respondents.

---

**PROOF OF SERVICE**

---

      Petitioners, through their undersigned counsel, hereby submit proof of service in this case

pursuant to Fed. R. Civ. P. 4(l).  On April 12, 2017, copies of the summons, complaint (petition

for review of agency action), petitioners' corporate disclosure statement, and the Court's notice

of availability of a magistrate judge and consent/non-consent forms in the above captioned case

were mailed via U.S. Postal Service first class, certified mail, return receipt requested, to all

Federal Defendants in this matter, the U.S. Attorney for the District of Colorado, and the U.S.

Attorney General.

1

Executed summonses, proof of service forms, receipts, and USPS online tracking information for the above referenced certified mailings are attached hereto.  Service has been properly made pursuant to Fed. R. Civ. P. 4(i).

Respectfully submitted this 11th day of May, 2017.

/s/ Matthew K. Bishop
Matthew K. Bishop (MT Bar # 9968)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Phone: (406) 324-8011
Email: bishop@westernlaw.org

John R. Mellgren (OR Bar # 114620)
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Phone: (541) 359-0990
Email: mellgren@westernlaw.org

Stuart Wilcox (CO Bar # 44972)
WildEarth Guardians
2590 Walnut Street
Denver, CO 80205
Phone: (720) 331-0385
Email: swilcox@wildearthguardians.org

*Attorneys for Petitioners*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2017, I electronically filed the foregoing Proof of

Service and attachments with the Clerk of Court using the CM/ECF system which will send

notification of such filing to all CM/ECF registered participants in this case.

/s/ Matthew K. Bishop
Matthew K. Bishop (MT Bar # 9968)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Phone: (406) 324-8011
Email: bishop@westernlaw.org