AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| WILDEARTH GUARDIANS; and CENTER FOR BIOLOGICAL DIVERSITY, non-profit organizations<br>*Plaintiff(s)*<br>v.<br>JASON SUCKOW, in his official capacity as Director of the U.S. Department of Agriculture's Animal and Plant Health Inspection Service-Wildlife Services' Western Region; ANIMAL AND PLANT HEALTH INSPECTION SERVICE–WILDLIFE SERVICES, a federal program; and UNITED STATES DEPARTMENT OF AGRICULTURE, a federal department.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 17-cv-00891-WYD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jason Suckow, Director
USDA - Animal and Plant Health Inspection Service
Wildlife Services, Western Regional Office
2150 Centre Avenue, Building B
Mail Stop 3W9
Fort Collins, CO 80526-8117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew K. Bishop  John Mellgren
Western Environmental Law Center  Western Environmental Law Center
103 Reeder's Alley  1216 Lincoln Street
Helena, Montana 59601  Eugene, Oregon 97401
bishop@westernlaw.org  mellgren@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: April 12, 2017        s/ R. Villa
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-00891-WYD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jason Suckow, Director, USDA - Animal and Plant Health Inspection Service, Wildlife Services, Western Regional Office

was received by me on *(date)* 04/12/2017 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons, complaint, corporate disclosure statement, and the Court's notice of availability of a magistrate judge and consent/non-consent forms were sent via U.S. Postal Service first class, certified mail, return receipt requested on April 12, 2017. Same documents were sent via the same method to the Civil Process Clerk for the U.S. Attorney for the District of Colorado, and the U.S. Attorney General. See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/09/2017

_____
*Server's signature*

Dina M. Gonzales, Administrative Coordinator
*Printed name and title*

Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
*Server's address*

Additional information regarding attempted service, etc:

The return receipt requested for the mailing to the U.S. Attorney General was not received. I have obtained online tracking information from the U.S. Postal Service for the certified mailing (No. 7015 1730 0000 3003 9065), attached hereto, indicating delivery to the U.S. Attorney General on April 18, 2017.

SPS Tracking® Results                                                   https://tools.usps.com/go/TrackConfirmAction?tLabels=7015+0640+00...

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70150640000462018509

▷ ▷ ▷ **Delivered**

**Updated Delivery Day:** Friday, April 14, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940227696351629240
(/go/TrackConfirmAction?tLabels=9590940227696351629240)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 14, 2017, 11:44 am** | **Delivered, Front Desk/Reception** | **FORT COLLINS, CO 80526** |
| Your item was delivered to the front desk or reception area at 11:44 am on April 14, 2017 in FORT COLLINS, CO 80526. | | |
| April 14, 2017, 11:03 am | Out for Delivery | FORT COLLINS, CO 80526 |
| April 14, 2017, 11:00 am | Sorting Complete | FORT COLLINS, CO 80526 |
| April 14, 2017, 6:25 am | Arrived at Unit | FORT COLLINS, CO 80525 |
| April 14, 2017, 1:39 am | Departed USPS Facility | DENVER, CO 80266 |
| April 13, 2017, 4:44 pm | Arrived at USPS Facility | DENVER, CO 80266 |
| April 13, 2017, 2:55 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| April 12, 2017, 9:50 am | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| April 12, 2017, 5:13 pm | Departed Post Office | TAOS, NM 87571 |
| April 12, 2017, 4:48 pm | Acceptance | TAOS, NM 87571 |

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

FORT COLLINS CO 80526

Certified Mail Fee  $3.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $_____
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $
Postage  $1.40
Total Postage and Fees  $7.50

Postmark Here  APR 12 2017  04/12/2017

Sent To: Jason Suckow, Director
Street and Apt. No.: Animal & Plant Health Inspection Service Wildlife Services, Western Regional Office
2150 Centre Avenue, Building B
Mail Stop 3W9
City, State, ZIP+4®: Fort Collins, CO 80526-8117

PS Form 3800, Ap

7015 0640 0004 6201 8509

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jason Suckow, Director
   Animal & Plant Health Inspection Service
   Wildlife Services, Western Regional Office
   2150 Centre Avenue, Building B
   Mail Stop 3W9
   Fort Collins, CO 80526-8117



9590 9402 2769 6351 6292 40

2. Article Number (Transfer from service label)

   7015 0640 0004 6201 8509

**PS Form 3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JAMES C FENES              4/14/17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
       (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

5/8/17, 6:26 PM

- USPS Tracking® Results
https://tools.usps.com/go/TrackConfirmAction?tLabels=7015+1730+00...

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70151730000030039072

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940306265183576471
(/go/TrackConfirmAction?tLabels=9590940306265183576471)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 14, 2017, 1:38 pm | Delivered, Left with Individual | DENVER, CO 80202 |

Your item was delivered to an individual at the address at 1:38 pm on April 14, 2017 in DENVER, CO 80202.

| | | |
|---|---|---|
| April 14, 2017, 9:41 am | Undeliverable as Addressed | DENVER, CO 80202 |
| April 14, 2017, 3:40 am | Departed USPS Facility | DENVER, CO 80266 |
| April 13, 2017, 4:44 pm | Arrived at USPS Facility | DENVER, CO 80266 |
| April 13, 2017, 2:55 am | Departed USPS Facility | ALBUQUERQUE, NM |
| April 12, 2017, 9:50 pm | Arrived at USPS Facility | ALBUQUERQUE, NM |
| April 12, 2017, 5:13 pm | Departed Post Office | TAOS, NM 87571 |
| April 12, 2017, 4:48 pm | Acceptance | TAOS, NM 87571 |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

DENVER, CO 80202  OFFICIAL USE

Certified Mail Fee  $3.35        0571
$                    $2.75        90
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)     $ $0.00
☐ Return Receipt (electronic)   $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$  $1.61
Total Postage and Fees
$  $7.71
Sent To  Civil Process Clerk
Street and Apt. No., or PO Box No.  The U.S. Attorney's Office
District of Colorado
City, State, ZIP+4®  1225 17th Street, Suite 700
PS Form 3800, April 2015 PSN 7530-  Denver, CO 80202

Article Number: 7015 1730 0000 3003 9072
PS Form 3811, April 2015 PSN 7530-02-000-9053

9590 9403 0626 5183 5764 71

1. Article Addressed to:
Civil Process Clerk
The U.S. Attorney's Office
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

A. Signature
X [signature]                  ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Alix Egan                       4.14
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:          ☒ No
1801 California St
the 1600 Denver CO
80202

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature              ☐ Registered Mail™
☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted Delivery
☒ Certified Mail®              ☐ Return Receipt for Merchandise
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery          ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

5/8/17, 6:32 PM

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70151730000030039065

**Delivered**

**Updated Delivery Day:** Tuesday, April 18, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 95909403062651835764 88
(/go/TrackConfirmAction?tLabels=9590940306265183576488)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 18, 2017, 5:20 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:20 am on April 18, 2017 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| April 17, 2017, 12:29 pm | Available for Pickup | WASHINGTON, DC 20530 |
| April 17, 2017, 11:47 am | Arrived at Unit | WASHINGTON, DC 20018 |
| April 14, 2017, 5:49 am | In Transit to Destination | |
| April 13, 2017, 2:55 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| April 12, 2017, 9:50 pm | Arrived at USPS Origin Facility | ALBUQUERQUE, NM 87101 |
| April 12, 2017, 5:13 pm | Departed Post Office | TAOS, NM 87571 |
| April 12, 2017, 4:48 pm | Acceptance | TAOS, NM 87571 |

See Less ∧



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530

| Certified Mail Fee | $3.35 | 0571 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | 90 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $1.61 | |
| Total Postage and Fees | $7.71 | |

Sent To: United States Attorney General
Street and Apt. No., or: U.S. Department of Justice
City, State, ZIP+4®: 950 Pennsylvania Avenue, NW
                     Washington, D.C. 20530-0001

PS Form 3800, April